# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TROY EMANUEL, JR., | Case No. 3:23-CV-00564-MMD-CLB |
| Plaintiff, | **ORDER RE: TRANSFER AND UPDATING ADDRESS** |
| v. | |
| COOKE, et. al., | |
| Defendants. | |

On February 9, 2024, the Court held a continued motions hearing regarding Plaintiff Troy Emanuel's ("Emanuel") motion for temporary restraining order. (ECF No. 22.) At the hearing, defense counsel, Andrew Nelson ("Nelson"), represented that a transfer of Emanuel from the Ely State Prison ("ESP") had been approved and a date had been set for his transfer. (*Id.*) The Court directed Nelson to file a notice advising the Court that the transfer occurred and further directed Emanuel to file a change of address once transferred. (*Id.*)

The Court sent the minutes to Emanuel's listed mailing address at ESP. ESP returned the document as "undeliverable," stating that Emanuel is "not at ESP." (ECF No. 24.) According to the Nevada Department of Corrections Inmate Database, Emanuel is currently housed at the High Desert State Prison. However, Nelson has not filed a notice with the Court regarding the transfer, and Emanuel has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Emanuel must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS THEREFORE ORDERED** that **Nelson** shall file notice with the Court by no later than **Friday, March 8, 2024**, regarding the status of the transfer.

**IT IS FURTHER ORDERED** that **Emanuel** shall file his notice of change of address with the Court by no later than **Friday, March 29, 2024**, and failure to do so may result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 22 to Emanuel at **High Desert State Prison**.

**IT IS SO ORDERED.**

**DATED**: March 4, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**