# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TROY EMANUEL, JR., | Case No. 3:23-CV-00564-MMD-CLB |
| Plaintiff, | **ORDER DENYING MOTIONS FOR TRANSFER AS MOOT** |
| v. | [ECF Nos. 3, 6, 15] |
| COOKE, *et al.*, | |
| Defendants. | |

This case involves a civil rights action filed by Plaintiff Troy Emanuel Jr. ("Emanuel"), an inmate in the custody of the Nevada Department of Corrections ("NDOC"). Currently pending before the Court are Emanuel's motions for temporary restraining order, (ECF Nos. 3, 6), and motion for immediate transfer, (ECF No. 15). All three motions request relief in the form of a transfer from Ely State Prison ("ESP") to another NDOC facility. (ECF Nos. 3, 6, 15.) On March 5, 2024, defendants filed a notice showing that Emanuel had been transferred from ESP to High Desert State Prison on February 21, 2024. (ECF No. 26.) As the relief requested by the motions has been provided, all three are denied as moot.

**IT IS THEREFORE ORDERED** that Emanuel's motions for temporary restraining order, (ECF Nos. 3, 6), and motion for immediate transfer, (ECF No. 15), are **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED**: March 5, 2024 .

UNITED STATES MAGISTRATE JUDGE