UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TROY EMANUEL, JR., | Case No. 3:23-cv-00564-MMD |
|---|---|
| Plaintiff, | REFERRAL TO PRO BONO PROGRAM |
| v. | |
| COOKE, *et al.*, | |
| Defendants. | |

The Court *sua sponte* refers this case to the Pro Bono Program adopted in Second Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff Troy Emanuel. *See* Second Amended General Order 2019-07, Section 1(a)(1) ("At any time during the course of litigation, an assigned Judge may refer the case to the Program for the appointment of pro bono counsel."). The scope of appointment is for all purposes. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

It is therefore ordered that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

The Clerk of Court is directed to forward this order to the Pro Bono Liaison.

DATED THIS 26th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE